# IN THE SUPREME COURT OF THE STATE OF NEVADA

ENER-TECH, LLC; AND MICHAEL
KAPLAN, AN INDIVIDUAL,

Appellants,

vs.

THE STATE OF NEVADA, NEVADA
STATE CONTRACTOR'S BOARD AND
STEVE CIBO,

Respondent.

No. 73619

FILED

FEB 1 3 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Cause appearing, appellants' motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed.[1] NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. David M. Jones, District Judge
Persi J. Mishel, Settlement Judge
Allen Lichtenstein
Marquis Aurbach Coffing
Eighth District Court Clerk

---

[1]Given this dismissal, we take no action on the stipulation for an extension of time to file the opening brief.

18-05950